JOHN GREEN, APPELLANT, *v.* ELISHA KING, RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

The only question presented by this appeal was, whether or not the evidence in the case was sufficient to sustain the findings of the referee. The General Term *held* that it was, and affirmed the judgment.

*James C. Anderson,* for the appellant.

*E. A. Carpenter,* for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TAPPEN and GILBERT, JJ.

Judgment affirmed, with costs.

————

THOMAS E. SMITH, RESPONDENT, *v.* THE BOARD OF SUPERVISORS OF WESTCHESTER COUNTY, APPELLANT.

APPEAL from an order made at the Special Term, referring this cause to a referee to hear and determine. The General Term reversed the order on the ground that the action was not referable.

*Close & Robertson,* for the appellant.

———— ————, for the respondent.

Opinion by GILBERT, J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

Order reversed, with ten dollars costs.